# United States Bankruptcy Court
### For The
### Southern District of Mississippi

| IN RE: | | DATE | CASE No. 04-04616JEE |
|---|---|---|---|
| STEPHANIE DYNELL EDWARDS | | | SS #1 XXX-XX-7450 |
| 813 PENNINGTON ST. | | 02/28/2005 | |
| BROOKHAVEN, MS 39601 | | | |

**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**FILED**

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

**APR - 3 2006**

**CHARLENE J. KENNEDY, CLERK**
**BY _____ DEPUTY**

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | Pay % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | BELLSOUTH REGIONAL BANKRUPTCY CTR / 301 W BAY STREET ROOM 29EF1 / JACKSONVILLE, FL 32202 | 707.74 | 5.0000% | Unsecured |
| 002 | BROOKHAVEN CASH / 1387 UNION STREET EXT NE BROOKHAVEN, MS 39601 | 174.00 | 5.0000% | Unsecured |
| 003 | DELL FINANCIAL SERVICES / C/O WELTMAN, WEINBERG & RESIS CO L 323 W LAKESIDE AVE 2ND FL / CLEVELAND, OH 44113 | 2,000.93 | 5.0000% | Unsecured |
| 004 | KDH / P O BOX 948 BROOKHAVEN, MS 39602 | 138.50 | 5.0000% | Unsecured |
| 005 | SMRMC / POST OFFICE BOX 1307 MCCOMB, MS 39649 | None 600.00 | | Not Filed |
| 006 | VANDERBILT MORTGAGE AND FINANCE / BANKRUPTCY DEPARTMENT P O BOX 27081 / GREENSBORO, NC 27425-7081 | 2,055.98 | 100.0000% 16.2500% | Secured |
| 801 | VANDERBILT MORTGAGE AND FINANCE / BANKRUPTCY DEPARTMENT P O BOX 27081 / GREENSBORO, NC 27425-7081 | 30,566.00 | 100.0000% | Other |
| | Total | 35,643.15 | ****** | |
| DALE H MCDAVITT PO BOX 1403 MCCOMB, MS 39649-1403 | | 1,500.00 | | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

_James L. Henley_

## ORDER APPROVING CLAIMS

At  US Bankruptcy Court P.O. Drawer 2448 Jackson, MS 39205  on  **APR - 3 2006** (DATE)

upon the foregoing motion, no adverse interest appearing, the court finds that the matters stated therein are true and, that;
Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper. The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited above.

_Edward Ellington_ Bankruptcy Judge