**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: STEPHANIE DYNELL EDWARDS**            **CHAPTER 13 NO: 04-04616-ee**

### TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **9TH** day of **December, 2009.**

/s/James L. Henley, Jr.
James L. Henley, Jr.
Chapter 13 Trustee
P. O. Box 31980
Jackson, MS 39286
Tel: 601-981-9100
Fax: 601-981-9888